No. 95. BUNKER HILL COUNTRY CLUB v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederick L. Pearce* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 96. GOLDBERG-RUDKOWSKY v. EQUITABLE LIFE ASSURANCE SOCIETY. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Borris M. Komar* for petitioner. *Messrs. John W. Davis* and *Wm. C. Cannon* for respondent.

No. 140. KLOCHKOV v. PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Borris M. Komar* for petitioner. *Messrs. Frederick B. Campbell* and *Lounsbury D. Bates* for respondent.

No. 98. MOORE, EXECUTRIX, v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Preston B. Kavanagh* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 99. CITIES SERVICE CO. v. ARMSBY ET AL. October 14, 1935. Petition for writ of certiorari to the Cir-